FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUL - 1 2005

U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  05-CR-188 |
| ) | Magistrate Case No. 2:05M2346-001 |
| TIMOTHY K. HANNA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 22, 2005, within the exterior boundaries of Yellowstone National Park, in the District of Wyoming the Defendant, **TIMOTHY K. HANNA** did knowingly and intentionally possess a controlled substance, to-wit: marijuana.

In violation of 21 U.S.C. §844.

Dated this 1st day of July, 2005.

MATTHEW H. MEAD
United States Attorney

By: _____
FRANCIS LELAND PICO
Assistant United States Attorney